663 A.2d 637

IN THE MATTER OF JOSEPH P. CAPONE,
AN ATTORNEY AT LAW.

September 11, 1995.

## ORDER

**JOSEPH P. CAPONE** of **VOORHEES,** who was admitted to the bar of this State in 1987, having pleaded guilty to 18 *U.S.C.A.* §§ 1014 and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **JOSEPH P. CAPONE** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further order of this Court; and it is further

ORDERED that **JOSEPH P. CAPONE** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **JOSEPH P. CAPONE** comply with *Rule* 1:20–20 dealing with suspended attorneys.